Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTINA F. SMITH,<br><br>　　　　　　Defendant. | No.  6:20-po-00367-JDP<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND RESOLVE MATTER THROUGH FORFEITURE OF COLLATERAL; AND [PROPOSED] ORDER THEREON |

IT IS HEREBY STIPULATED by and between Sean O. Anderson, acting legal officer for the National Park Service, and Christina F. Smith, by and through her attorney of record, Benjamin A. Gerson, that the status conference in the above-captioned matter set for October 6, 2020 be vacated.  The Government agrees violation number 9290134 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $100, plus the $30 processing fee. The Government does not object to Defendant requesting traffic school.

Dated:  September 29, 2020　　　　　　　/S/ Sean O. Anderson
　　　　　　　　　　　　　　　　　　　　Sean O. Anderson
　　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　Yosemite National Park

Dated:  September 29, 2020　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Benjamin A. Gerson
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Christina F. Smith

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, it is hereby ordered that the October 6, 2020 status conference for *United States v. Smith*, Case 6:20-po-00367-JDP, is vacated. Violation number 9290134 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $100, plus the $30 processing fee.

IT IS SO ORDERED.

Dated:    September 30, 2020                              _____
                                                                      UNITED STATES MAGISTRATE JUDGE